## TAYLOR *et al.* v. BALLEW.

No. 5387.   Opinion Filed September 28, 1915.

(151 Pac. 1071.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error files no brief, the appeal will be considered as abandoned, and under rule 7 (38 Okla. vi, 137 Pac. ix) the appeal dismissed.

(Syllabus by Brett, C.)

*Error from Superior Court, Custer County;*
*T. W. Jones, Jr., Special Judge.*

Action by E. C. Ballew, a taxpayer, against W. A. Taylor and others, County Commissioners of Custer County, and others. Judgment for plaintiff, and defendants bring error. Dismissed.

*Eugene Forbes* and *Giddings & Giddings,* for plaintiffs in error.

*E. C. Ballew,* for defendant in error.

Opinion by BRETT, C. This is an action commenced in the superior court of Custer county by the defendant in error against the plaintiffs in error, which was tried by T. W. Jones, special judge, and judgment rendered in favor of the plaintiff. From this judgment the defendants appeal. The cause was filed in this court July 26, 1913, and on the 13th of September, 1915, submitted on the record. The plaintiffs in error have filed no brief, asked for no extension of time in which to file brief, and assigned no reason for their failure to do so.

Under these conditions the appeal will be considered as abandoned, and under rule 7 (38 Okla. vi, 137 Pac. ix) we recommend that the appeal be dismissed.

By the Court: It is so ordered.